FRANCES E. COYE, Respondent, *v.* THE VILLAGE OF NORWICH, Appellant.

*Coye* v. *Village of Norwich,* 128 App. Div. 932, affirmed.
(Argued March 23, 1910; decided April 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1908, affirming a judgment in favor of plain-

tiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Wordsworth B. Matterson* for appellant.

*James P. Hill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.